

# Fourth Court of Appeals
## San Antonio, Texas

June 17, 2019

No. 04-18-00840-CR

Isaac **CARDENAS**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 227th Judicial District Court, Bexar County, Texas
Trial Court No. 2017CR10269
Honorable Philip A. Kazen, Jr., Judge Presiding

# O R D E R

The Appellant's Second Motion to Extend Time to File Appellant's Brief is hereby GRANTED. Time is extended to July 17, 2019. **Further requests for extensions of time in which to file the State's brief will be disfavored**.

_____
Irene Rios, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 17th day of June, 2019.

_____
KEITH E. HOTTLE,
Clerk of Court